UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Kurt E. Reinheimer, Esq.
Reinheimer & Reinheimer
2494 Moore Road, Suite 4
Toms River, NJ 08753

In Re:

James V. Ziel

Case No.: 17-19766

Chapter: 13

Judge: CMG

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Kurt E. Reinheimer, Esq. will be substituted as attorney of record for James V. Ziel, _____ in this case.[1]

Date: 07/09/2021

Signature of Former Attorney

Date: 07/09/2021 9/2/21

Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.