| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MCDONNELL CROWLEY, LLC<br>115 Maple Avenue<br>Red Bank, New Jersey 07701<br>(732) 383-7233<br>(732) 383-7531 - facsimile<br>jmcdonnell@mchfirm.com<br>Attorney for Debtor | Order Filed on November 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James V. Ziel,<br>    Debtor. | Case No.: 17-19766<br><br>Hearing Date: November 17, 2021 @ 9:00 am<br><br>Judge: Christine M. Gravelle |

### ORDER ON MOTION TO ALLOW CASE TO CLOSE EARLY

  The relief set forth on the following pages, numbered two (2) through __n/a__ is hereby **ORDERED**.

**DATED: November 17, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: James V. Ziel
Case No: 17-19766-CMG
ORDER ON MOTION TO ALLOW CASE TO CLOSE EARLY

---

**THIS MATTER** having come before the Court upon motion of John M. McDonnell, Attorney for Debtor, for an Order to Allow Case to Close Early and the Court having considered the application submitted in support thereof, the opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED**

1. That the Chapter 13 Bankruptcy of James V. Ziel be allowed to close early; and

2. That the Chapter 13 Standing Trustee shall prepare his closing audit and final accounting upon entry of this order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.