UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
MCDONNELL CROWLEY, LLC
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
(732) 383-7531 - facsimile
jmcdonnell@mchfirm.com
Attorney for Debtor

**Order Filed on November 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James V. Ziel,
                    Debtor.

Case No.: 17-19766

Hearing Date: November 17, 2021 @ 9:00 am

Judge: Christine M. Gravelle

## ORDER ON MOTION TO ALLOW CASE TO CLOSE EARLY

The relief set forth on the following pages, numbered two (2) through  _n/a_  is  hereby
**ORDERED**.

**DATED: November 17, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: James V. Ziel

Case No: 17-19766-CMG

ORDER ON MOTION TO ALLOW CASE TO CLOSE EARLY

**THIS MATTER** having come before the Court upon motion of John M. McDonnell, Attorney for Debtor, for an Order to Allow Case to Close Early and the Court having considered the application submitted in support thereof, the opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED**

1.     That the Chapter 13 Bankruptcy of James V. Ziel be allowed to close early; and

2.     That the Chapter 13 Standing Trustee shall prepare his closing audit and final accounting upon entry of this order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 17-19766-CMG

James V Ziel                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 2

Date Rcvd: Nov 18, 2021                          Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

**Recip ID              Recipient Name and Address**
db                 +   James V Ziel, 307 Cedar Street, Lakehurst, NJ 08733-2905

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                      Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Alexandra T. Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Debtor James V Ziel jmcdonnell@mchfirm.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent M&T Bank jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Melissa N. Licker | |

on behalf of Creditor Lakeview Loan Servicing  LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa S DiCerbo

on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Mina M Beshara

on behalf of Creditor Lakeview Loan Servicing  LLC mbeshara@hinshawlaw.com

Rebecca Ann Solarz

on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Richard Gerbino

on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent M&T Bank rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard James Tracy, III

on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent M&T Bank richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12